BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-1940
  Fax: (916) 324-5205

Attorneys for Defendants Madruga,
Espinosa, and Black
48149280-CF1998CX0071

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALLEN A. FULTON,** | NO. CV F-97-5767 OWW DLB P |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| **E. MADRUGA, et al.,** | |
| Defendants. | |

**A. CONFIDENTIAL MATERIAL SUBJECT TO THIS PROTECTIVE ORDER**

During the course of discovery, Plaintiff requested information pertaining to any citizen complaints, disciplinary hearings, or other recorded complaints against Defendants for excessive force, assaults, batteries, and other acts of violence. On March 13, 2001, the Court ordered that Defendants Madruga, Espinosa, and Black produce documents from their personnel files relating to: (1) Defendants' use of excessive force, assault battery, and other forms of physical violence against other inmates, citizens or other staff members; (2) Citizens' complaints

*Protective Order*

1

pursuant to California Penal Code section 832.5, the investigation of those complaints and any discipline imposed as a result of such investigations; (3) the events surrounding Plaintiff's November 8, 1996 incident; and (4) the fabrication of evidence against inmates.

In response to the Court's Order, Defendants produced 23 multi-page exhibits. The Court conducted an *in camera* review of the documents and on December 12, 2001, the Court ordered Defendants to produce 10 of the 23 exhibits, or portions thereof. The 10 exhibits consist of internal affairs investigation reports (the confidential material).

The confidential material concerns CDC employees who are not Defendants in this action as well as inmates who are not parties to this action. The confidential material includes confidential interviews with the subjects and other witnesses. All confidential material is considered to be "official information" within the meaning of California Evidence Code sections 1043 and 1045 and Penal Code section sections 832.7 and 832.8. In addition, the confidential material is subject to a qualified privilege as official information under Federal common law.

As are countless other investigative reports by CDC's Internal Affairs Division, these 10 investigative reports were prepared on the basis of, among other things, interviews with custodial staff with the understanding that statements made in the course of the interviews would remain confidential. The disclosure of these investigative reports without a protective order would undermine the CDC's ability to assure its employees that their statements will be maintained in confidence. The likely result of unprotected disclosure of these reports is that CDC employees, whether subjects of investigations or witnesses to incidents being investigated, will be unwilling or less willing to cooperate with investigators. Accordingly, a protective order is warranted for these reports.

**B. CONDITIONS FOR RELEASE OF CONFIDENTIAL MATERIAL**

Because of their relevance to this action, however, the Defendants will produce the confidential material subject to this protective order on the following conditions:

1. The social security numbers and any other confidential personal information of the CDC employees who are the subject of the confidential material shall be redacted.

///

2. The confidential material may be disclosed only to the following persons:

   (a) Plaintiff, representing himself in this action;

   (b) Court personnel and stenographic reporters engaged in such proceedings as are incidental to the preparation for the trial in this action;

   (c) Witnesses to whom the confidential material may be disclosed during or in preparation for a deposition taken in this matter or otherwise during the preparation for trial and trial, provided that the witness may not leave any deposition with copies of any of the confidential material, and shall be informed and agree to be bound by the terms of this order;

3. Plaintiff shall not make copies of the confidential material except as necessary for purposes of this litigation.

4. All confidential material in Plaintiff's possession shall be destroyed or returned to the CDC within 20 days of the time it is no longer needed for purposes of this litigation.

5. When Plaintiff returns or destroys the confidential material, he shall provide Defendants' counsel with a declaration stating the all confidential material has been returned or destroyed.

6. All confidential material obtained by Plaintiff shall not be disclosed except as is necessary in connection with this or related litigation, including appeals, and not for any other purpose, including any other litigation.

7. Any confidential material filed with the Court by either party shall be filed and maintained under seal.

8. Nothing in this protective order is intended to prevent officials or employees of the State of California, or other authorized government officials, from having access to confidential material to which they would have access in the normal course of their official duties.

9. The provisions of this protective order are without prejudice to the right of any party:

   (a) To apply to the Court for a further protective order relating to any confidential material or relating to discovery in this litigation;

///

1    (b)  To apply to the Court for an order removing the confidential material
2 designation from any documents;
3    (c)  To object to a discovery request.
4   10.  The provisions of this order shall remain in full force and effect until further order
5 of this Court.
6 IT IS SO ORDERED.
7 **Dated:   June 29, 2005**        **/s/ Dennis L. Beck**
 3c0hj8             UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28