BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 324-5205

Attorneys for Defendants Madruga,
Espinosa, and Black
CF1998CX0071

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN A. FULTON,** <br><br> Plaintiff, <br><br> v. <br><br> **E. MADRUGA, et al.,** <br><br> Defendants. | NO. CV F-97-5767 OWW DLB P <br><br> **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME** |

Defendants' second request for an extension of time to serve Plaintiff with documents pursuant to this Court's December 12, 2001, and May 19, 2005, orders was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendant shall have until July 25, 2005 to serve Plaintiff with the documents.

IT IS SO ORDERED.

**Dated:   July 18, 2005**          　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8                           UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants Second Request for EOT

1