IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ANTHONY FULTON,<br><br>           Plaintiff,<br>   v.<br><br>E. MADRUGA, et al.,<br><br>           Defendants. | CV F 97-5767 OWW DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR DISCOVERY<br>(DOC 311) |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This case is scheduled for a jury trial on March 7, 2006. On August 18, 2005, plaintiff filed a motion to conduct additional discovery. In his motion plaintiff identifies specific items of discovery that he is seeking from defendants. Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of service of this Order. Failure to respond within this time frame will be taken by the Court as non-opposition to the motion.

    IT IS SO ORDERED.

Dated:   August 23, 2005                              /s/ Dennis L. Beck

3c0hj8                                                UNITED STATES MAGISTRATE JUDGE