IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ANTHONY FULTON,<br><br>               Plaintiff,<br>  v.<br><br>E. MADRUGA, et al.,<br><br>               Defendants. | CV F 97-5767 OWW DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS (DOC 313) |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This case is scheduled for a jury trial on March 7, 2006. On September 8, 2005, plaintiff filed a motion to stay these proceedings. Plaintiff advises that he has been temporarily transferred pending court proceedings and he is unable to prepare this case for trial. Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of service of this Order. Failure to respond within this time frame will be taken by the Court as non-opposition to the motion.

      IT IS SO ORDERED.

**Dated:**   **September 12, 2005**               **/s/ Dennis L. Beck**
3c0hj8                                                       UNITED STATES MAGISTRATE JUDGE