IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ANTHONY FULTON,<br><br>               Plaintiff,<br>   v.<br><br>E. MADRUGA, et al.,<br><br>               Defendants. | CV F 97-5767 OWW DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO STAY PROCEEDINGS (DOC 313) |

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This case is scheduled for a jury trial on March 7, 2006. On September 8, 2005, plaintiff filed a motion to stay these proceedings. On September 12, 2005, the Court ordered defendants to respond to the motion. Defendants filed an opposition on October 3, 2005.

       In his motion, plaintiff states that he has been temporarily transferred pending court proceedings and he is unable to prepare this case for trial. Plaintiff seeks a stay of these proceedings until his other court matter is resolved. Defendants oppose a stay as premature and unnecessary. Defendants point out that the trial is not scheduled until March 2006, with plaintiff's pretrial statement due on December 12, 2005 and defendants' pretrial statement due

January 9, 2006.  There are no other deadlines before December 2005.

      The Court agrees that a stay of the proceedings is unnecessary at this time.  Plaintiff states that he has been transferred for other Court proceedings and does not know when he will return to Salinas Valley State Prison.  The Court will not stay the proceedings for an indefinite period of time.  It may be that plaintiff will return to Salinas Valley State Prison within a short period of time, making further delay of these proceedings unnecessary.  This case has been pending since 1997 and further delay is not in either party's interest.

      Accordingly, plaintiff's motion for a stay of these proceedings is HEREBY DENIED without prejudice to renewing the motion at a later date should it become necessary.

    IT IS SO ORDERED.

    **Dated:   October 19, 2005**　　　　　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2