UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN FULTON, | ) | CIV F 97 5767 OWW DLB P |
|     Plaintiff, | ) | |
| | ) | ORDER VACATING FEBRUARY 22, 2006 ORDER |
|     v. | ) | AND WRIT OF HABEAS CORPUS AD |
| | ) | TESTIFICANDUM AS TO ALLEN FULTON |
| E. MADRUGA, et al., | ) | |
| | ) | (DOCUMENT #338) |
|     Defendants. | ) | |

Plaintiff Allen Fulton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On February 22, 2006, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport plaintiff, commanding the Warden of Corcoran State Prison to produce California prisoner Allen Fulton #C-85379 in this court on March 7, 2006, to testify at trial in this action.

On February 27, 2006, this action was settled by the parties. Therefore the March 7, 2006 trial shall be vacated. Accordingly, the order and writ issued on February 22, 2006,

1

1 | commanding the production of inmate Allen Fulton, is HEREBY VACATED.
2 |     IT IS SO ORDERED.
3 |     **Dated:  February 27, 2006**          **/s/ Dennis L. Beck**
   3c0hj8                                                UNITED STATES MAGISTRATE JUDGE