1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ALLEN FULTON,                        1:97-cv-5767-OWW-DLB-P

12               Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                     **RECOMMENDATIONS** (Doc. 335)
13   vs.
                                     **ORDER DISMISSING DEFENDANT**
14   E. Madruga, et al.,             **WILKINS FROM ACTION**

15               Defendants.
     _____/
16

17
          Plaintiff, a state prisoner proceeding pro se and in forma
18
     pauperis, has filed this civil rights action seeking relief under
19
     42 U.S.C. § 1983.  The matter was referred to a United States
20
     Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local
21
     Rule 72-302.
22
          On February 10, 2006, the Magistrate Judge filed Findings
23
     and Recommendations herein which were served on the parties and
24
     which contained notice to plaintiff that any objections to the
25
     Findings and Recommendations were to be filed within ten (10)
26
     days.  To date, neither party has not filed objections to the
27
     Magistrate Judge's Findings and Recommendations.
28

                                      1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed February 10,

8  2006, are ADOPTED IN FULL; and,

9    2.   Defendant Wilkins is dismissed from this action and the

10 trial shall proceed against defendants Black, Espinosa and

11 Madruga only.

12 IT IS SO ORDERED.

13 **Dated:    March 13, 2006**               _____/s/ Oliver W. Wanger_____
   emm0d6                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28