BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 323-1940
　Fax: (916) 324-5205

Attorneys for Defendants Black, Espinosa,
Madruga, and Wilkins
CF1998CX0071

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALLEN A. FULTON,** | NO. 1:97-cv-5767 OWW DLB P |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **E. MADRUGA, et al.,** | |
| Defendants. | |

　　　Pursuant to the stipulation entered into by the parties on February 27, 2006, this action is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   March 28, 2006**　　　　　　　/s/ Oliver W. Wanger
emm0d6　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*[Proposed] Order*

1